■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK J. MENDOZA, Appellant. [38 NYS3d 440]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered October 9, 2013, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowingly, voluntarily, and intelligently entered is unpreserved for appellate review (*see People v Williams*, 27 NY3d 212 [2016]). In any event, the record establishes that the defendant's plea was knowingly, voluntarily, and intelligently entered (*see People v Tyrell*, 22 NY3d 359, 365 [2013]).

By pleading guilty, the defendant forfeited his contention relating to his former trial counsel's representation (*cf. People v Tarrant*, 114 AD3d 710, 710-711 [2014]; *People v Moshier*, 110 AD3d 832, 833 [2013]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Leventhal, Maltese and Connolly, JJ., concur.